# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2086
jrosenthal@cgsh.com

THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCISCO L. CESTERO

FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE

DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

July 23, 2019

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Re:  *New York Immigration Coalition et al. v. U.S. Citizenship & Immigration Servs.*, 19 Civ. 6693 (RA)

Dear Judge Abrams:

The undersigned counsel represents the New York Immigration Coalition and the Immigrant Justice Corps (together, "Plaintiffs") in the above-captioned matter. Pursuant to Local Civil Rule 7.1(d) and Rule 1.A of Your Honor's Individual Rules & Practices in Civil Cases, we respectfully request leave to file a corrected Complaint with supporting exhibits.

On July 19, 2019, Plaintiffs filed their Complaint in this matter but inadvertently neglected to file supporting exhibits. Upon realizing their mistake, Plaintiffs immediately contacted the Case Openings Clerk, who informed Plaintiffs that leave of the Court would be required to file the corrected Complaint with exhibits. Plaintiffs therefore respectfully request

The Honorable Ronnie Abrams, p. 2

such leave.  A proposed order granting leave to file is attached as Exhibit A.

        Should you have any questions, please do not hesitate to contact me at (212) 225-2086.  Thank you for your consideration of this matter.

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        /s/ Jeffrey A. Rosenthal

        Jeffrey A. Rosenthal, a Partner

Attachment

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition; and Immigrant Justice Corps,<br><br>Plaintiffs,<br><br>-against-<br><br>U.S. Citizenship and Immigration Services,<br><br>Defendant. | Civil Action No. 19 Civ. 6693 (RA) |

**ORDER GRANTING PLAINTIFFS' REQUEST TO RE-FILE
THE CORRECTED COMPLAINT WITH EXHIBITS**

Upon consideration of Plaintiffs' Letter Motion requesting leave to file the corrected Complaint and supporting exhibits, the Court hereby GRANTS the Motion.

**IT IS ORDERED** that Plaintiffs are granted permission to file the corrected Complaint with exhibits.

_____
Date

_____
The Honorable Ronnie Abrams
United States District Judge