# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, D.C. | One Liberty Plaza | ROME |
| PARIS | New York, NY 10006-1470 | MILAN |
| BRUSSELS | T: +1 212 225 2000 | HONG KONG |
| LONDON | F: +1 212 225 3999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +1 212 225 2023 | ABU DHABI |
| | tmartinez@cgsh.com | SEOUL |

June 22, 2020

Application granted.  No later than August 26, 2020, the parties shall submit a final joint status report.  In the event that the parties cannot resolve the remaining issues, the parties shall include a proposed briefing schedule in that letter.  Absent good cause, no further extensions will be granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.

June 23, 2020

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *New York Immigration Coalition et al. v. U.S. Citizenship & Immigration Servs.*, 19 Civ. 6693 (RA)

Dear Judge Abrams:

Cleary Gottlieb represents the New York Immigration Coalition and Immigrant Justice Corps (together, "Plaintiffs") in the above-captioned matter.  We are writing in regards to the May 22, 2020 joint letter and the Court's endorsement of the plan set in that letter to provide a final joint status report, or in the event the parties cannot resolve the remaining issues with the production, a proposed briefing schedule within a month's time.

We respectfully write to seek an extension of the deadline to file the joint letter or briefing schedule.  Plaintiffs have been unable to complete their review of the revised production and will need more time to meaningfully address whether the issues Plaintiffs raised with the original production were resolved.  Plaintiffs anticipate needing two months to adequately review the revised production, particularly due to the Supreme Court's recent Deferred Action for Childhood Arrivals decision, which directly affects many of Plaintiffs' clients and has created an influx of work and a strain on capacity for Plaintiffs.

The Honorable Ronnie Abrams, p. 2

        Thank you for your consideration of this matter and the information provided in this letter.  Should the Court have any questions, please do not hesitate to contact me at (212) 225-2023.

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        */s/ Tanya Martinez-Gallinucci*
        Tanya Martinez-Gallinucci

cc: (via ECF) All Counsel of Record